IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**CEDRIC JAMISON,**                                              **PLAINTIFF**

**V.**                                                  **NO. 2:06CV116-D-B**

**TUNICA COUNTY SHERIFF DEPARTMENT,**
**et al.,**                                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to prosecute, in accordance with Rule 41(b), Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

THIS the 15th day of September, 2006.

/s/ Glen H. Davidson
Chief Judge